The People of the State of New York, Respondent, *v.* Gordon F. Hamby, Appellant.

(Argued November 24, 1919; decided December 9, 1919.)

Appeal from a judgment of the Supreme Court rendered June 24, 1919, at a Trial Term for the county of Kings, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Frank X. McCaffrey* for appellant.
*Harry E. Lewis, District Attorney (Ralph E. Hemstreet* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: Collin, Hogan, Cardozo, Pound, McLaughlin and Elkus, JJ. Absent: Hiscock, Ch. J.